IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT LLC, MALLINCKRODT INC. and NUVO RESEARCH INC.<br><br>Plaintiffs,<br>vs.<br><br>APOTEX INC., APOTEX CORP., LUPIN LTD., and LUPIN PHARMACEUTICALS, INC.,<br><br>Defendants. | Civil Action No.<br>12-CV-1087-RGA-MPT |

## [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

The plaintiffs Mallinckrodt LLC, Mallinckrodt Inc., and Nuvo Research Inc. and the

Defendants Apotex Inc. and Apotex Corp. having stipulated hereto, it is hereby ORDERED that

all claims against Defendants Apotex Inc. and Apotex Corp. are dismissed without prejudice

pursuant to Fed. R. Civ. P. 41(a).

SO ORDERED, this 8th day of Feb, 2013.

_____
United States District Judge