# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT LLC, MALLINCKRODT INC. and NUVO RESEARCH INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) C.A. No. 12-1087-RGA-MPT ) ) ) ) ) ) ) ) |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. hereby submit the following corporate disclosure statement:

1. Lupin Ltd. has no publicly traded parents or subsidiaries and there is no publicly traded corporation that owns 10% or more of Lupin Ltd.'s stock.

2. Lupin Pharmaceuticals, Inc. is a wholly-owned subsidiary of Lupin Ltd.

<table>
<tr><td></td><td>Respectfully submitted,</td></tr>
<tr><td></td><td>POTTER ANDERSON & CORROON LLP</td></tr>
<tr><td>OF COUNSEL:</td><td></td></tr>
<tr><td>William R. Zimmerman, Esq.<br>Jonathan E. Bachand, Esq.<br>Andrea L. Cheek, Esq.<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1717 Pennsylvania Avenue, Suite 900<br>Washington, DC  20006<br>Tel: (202) 640-6400</td><td>By:   /s/ Richard L. Horwitz<br>     Richard L. Horwitz (#2246)<br>     David E. Moore (#3983)<br>     Bindu A. Palapura (#5370)<br>     Hercules Plaza 6th Floor<br>     1313 N. Market Street<br>     Wilmington, DE  19899<br>     Tel:  (302) 984-6000<br>     rhorwitz@potteranderson.com<br>     dmoore@potteranderson.com<br>     bpalapura@potteranderson.com</td></tr>
<tr><td>Joseph Reisman, Esq.<br>Peter Law, Esq.<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>12790 El Camino Real<br>San Diego, CA  92104<br>Tel:  (858) 707-4000</td><td>*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*</td></tr>
</table>

Dated: March 22, 2013
1099478 / 40102

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on March 22, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 22, 2013, the attached document was Electronically Mailed to the following person(s):

Frederick L. Cottrell, III
Jason J. Rawnsley
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
cottrell@rlf.com
rawnsley@rlf.com

John L. North
Jeffrey J. Toney
Laura Fahey Fritts
Jonathan D. Olinger
Kasowitz, Benson, Torres & Friedman LLP
Two Midtown Plaza, Suite 1500
1349 West Peachtree Street, N.W.
Atlanta, GA  30309
jnorth@kasowitz.com
jtoney@kasowitz.com
jolinger@kasowitz.com
lfritts@kasowitz.com

By:  /s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1099437/40102