# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT LLC, MALLINCKRODT INC. and NUVO RESEARCH INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) C.A. No. 12-1087-RGA-MPT ) ) ) ) ) ) ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of William R. Zimmerman, Jonathan E. Bachand and Andrea L. Cheek of Knobbe, Martens, Olson & Bear, LLP, 1717 Pennsylvania Avenue, Suite 900, Washington, DC 20006 and Joseph Reisman and Peter Law of Knobbe, Martens, Olson & Bear, LLP 12790 El Camino Real, San Diego, CA 92104 to represent Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. in this action.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Dated: March 22, 2013
1098985/38526

*Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission <u>pro hac vice</u> is granted.

Date: _____                                         _____
                                                                          United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 22, 2013         Signed: */s/ William R. Zimmerman*
                             William R. Zimmerman
                             Knobbe, Martens, Olson & Bear, LLP
                             1717 Pennsylvania Avenue
                             Suite 900
                             Washington, DC 20006
                             Tel: (202) 640-6400
                             bill.zimmerman@knobbe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 22, 2013          Signed: */s/ Jonathan E. Bachand*
                                               Jonathan E. Bachand
                                               Knobbe, Martens, Olson & Bear, LLP
                                               1717 Pennsylvania Avenue
                                               Suite 900
                                               Washington, DC 20006
                                               Tel: (202) 640-6400
                                               jonathan.bachand@knobbe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 22, 2013         Signed: */s/ Andrea L. Cheek*
                             Andrea L. Cheek
                             Knobbe, Martens, Olson & Bear, LLP
                             1717 Pennsylvania Avenue
                             Suite 900
                             Washington, DC 20006
                             Tel: (202) 640-6400
                             andrea.cheek@knobbe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐  has been paid to the Clerk of the Court

☒  will be submitted to the Clerk's Office upon the filing of this motion

Date: March 23, 2013                Signed: *Joseph Reisman*
                                    Joseph Reisman
                                    Knobbe, Martens, Olson & Bear, LLP
                                    12790 El Camino Real
                                    San Diego, CA  92104
                                    Tel:  (858) 707-4000
                                    joseph.reisman@knobbe.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☐ has been paid to the Clerk of the Court

☒ will be submitted to the Clerk's Office upon the filing of this motion

Date: March 23, 2013

Signed: */s/ Peter Law*
Peter Law
Knobbe, Martens, Olson & Bear, LLP
12790 El Camino Real
San Diego, CA 92104
Tel: (858) 707-4000
peter.law@knobbe.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 22, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on March 22, 2013, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Frederick L. Cottrell, III | John L. North |
| Jason J. Rawnsley | Jeffrey J. Toney |
| Richards, Layton & Finger, P.A. | Laura Fahey Fritts |
| One Rodney Square | Jonathan D. Olinger |
| 920 North King Street | Kasowitz, Benson, Torres & Friedman LLP |
| Wilmington, DE 19801 | Two Midtown Plaza, Suite 1500 |
| cottrell@rlf.com | 1349 West Peachtree Street, N.W. |
| rawnsley@rlf.com | Atlanta, GA 30309 |
| | jnorth@kasowitz.com |
| | jtoney@kasowitz.com |
| | jolinger@kasowitz.com |
| | lfritts@kasowitz.com |

By: */s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON LLP
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

1099437/40102