IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MALLINCKRODT LLC, MALLINCKRODT )
INC. and NUVO RESEARCH INC., )
)
Plaintiffs, )
)
v. ) C.A. No. 12-1087-RGA-MPT
)
LUPIN LTD., and )
LUPIN PHARMACEUTICALS, INC., )
)
Defendants. )
)
)
)

**PLAINTIFFS AND COUNTER-DEFENDANTS MALLINCKRODT LLC,
MALLINCKRODT INC., AND NUVO RESEARCH INC.'S
<u>ANSWER TO COUNTERCLAIMS</u>**

Plaintiffs and Counter-Defendants Mallinckrodt LLC, Mallinckrodt Inc. and Nuvo Research Inc. (collectively "Plaintiffs") by their undersigned attorneys hereby answer the Counterclaims of Defendant and Counterclaimant Lupin Ltd. as follows:

### <u>PARTIES</u>

1. Based on information and belief, and Lupin Ltd.'s statements, Plaintiffs admit the allegations in Paragraph 1 of the Counterclaim.

2. Plaintiffs admit the allegations in Paragraph 2 of the Counterclaims.

3. Plaintiffs admit the allegations in Paragraph 3 of the Counterclaims.

4. Plaintiffs admit the allegations in Paragraph 4 of the Counterclaims.

## JURISDICTION AND VENUE

5.     Plaintiffs admit that Lupin Ltd. alleges that its Counterclaims seek a declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202. Plaintiffs deny that Lupin Ltd. is entitled to any relief it seeks pursuant to 28 U.S.C. §§ 2201 and 2202.

6.     Plaintiffs admit that this Court has subject matter jurisdiction over Lupin, Ltd.'s counterclaims pursuant to 28 U.S.C. §§ 1331, 1138(a), 2201, 2202, and 25 U.S.C. § 271(e)(2). Plaintiffs deny that Lupin Ltd. is entitled to any relief it seeks pursuant to 28 U.S.C. §§ 1331, 1138(a), 2201, 2202, and 25 U.S.C. § 271(e)(2).

7.     Plaintiffs admit the allegations in Paragraph 7 of the Counterclaims.

8.     Based on information and belief, and Lupin Ltd.'s statements, Plaintiffs admit that Lupin Ltd. and Lupin Pharmaceuticals, Inc. submitted ANDA No. 204132 ("the Lupin ANDA") to the FDA seeking approval to market diclofenac sodium topical solution, 1.5%. Plaintiffs deny the remaining allegations in Paragraph 8 of the Counterclaims.

9.     Based on information and belief, and Lupin Ltd.'s statements, Plaintiffs admit that Lupin Ltd. and Lupin Pharmaceuticals, Inc. submitted the Lupin ANDA to the FDA seeking approval to market diclofenac sodium topical solution, 1.5%. Plaintiffs admit that they have alleged that Lupin Ltd. and Lupin Pharmaceuticals, Inc. have infringed, will infringe, and will induce infringement of the '078 patent. Plaintiffs lack sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations in Paragraph 9 of the Counterclaims, and therefore deny them.

10.     Plaintiffs admit the allegations in Paragraph 10 of the Counterclaims.

11.    Plaintiffs admit that Lupin Ltd. has denied that it has, continues, or will infringe, induce infringement of, and/or contribute to the infringement of, any valid, enforceable claim of the '078 patent. Plaintiffs deny that Lupin Ltd. is entitled to any relief it has requested.

12.    Plaintiffs admit that Lupin Ltd. has asserted that the '078 patent is invalid for failure to satisfy one or more provisions of Title 35 of the United States Code, including 35 U.S.C. §§ 101, 102, 103, 112, and the defenses recognized in 35 U.S.C. § 282(b). Plaintiffs deny that Lupin Ltd. is entitled to any relief it has requested.

13.    Plaintiffs admit that they have alleged that Lupin Ltd. has infringed, will infringe, and will induce others to infringe the valid and enforceable '078 patent. Plaintiffs admit that Lupin Ltd. alleges that it does not infringe the '078 patent and that the '078 patent is invalid. Plaintiffs deny the remaining allegations in Paragraph 13 of the Counterclaims.

14.    Plaintiffs admit that the '078 patent is listed for NDA No. 020947 for PENNSAID® in the Patent and Exclusivity Information Addendum of the FDA's publication *Approved Drug Products with Therapeutic Equivalence Evaluations* ("the Orange Book"). Plaintiffs deny the remaining allegations in Paragraph 14 of the Counterclaims.

## COUNT I- NON-INFRINGEMENT OF THE '078 PATENT

15.    Plaintiffs repeat and incorporate herein by reference Plaintiffs' responses to the allegations contained in paragraphs 1-14 above.

16.    Plaintiffs deny the allegations in Paragraph 16 of the Counterclaims.

17.    Plaintiffs deny the allegations in Paragraph 17 of the Counterclaims.

18.    Plaintiffs deny the allegations in Paragraph 18 of the Counterclaims.

## COUNT II – INVALIDITY OF THE '078 PATENT

19. Plaintiffs repeat and incorporate herein by reference Plaintiffs' responses to the allegations contained in paragraphs 1-18 above.

20. Plaintiffs deny the allegations in Paragraph 20 of the Counterclaims.

21. Plaintiffs deny the allegations in Paragraph 21 of the Counterclaims.

## LUPIN LTD.'S DEMAND FOR JUDGMENT

Plaintiffs Mallinckrodt Inc., Mallinckrodt LLC, and Nuvo Research Inc. respectfully request that the Court deny the relief requested in Lupin Ltd's Counterclaims and award Plaintiffs their attorneys' fees and costs incurred in defending against such Counterclaims and such other relief as the Court may award.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Jeffrey J. Toney<br>Laura Fahey Fritts<br>Jonathan D. Olinger<br>Kasowitz, Benson, Torres<br>& Friedman LLP<br>Two Midtown Plaza, Suite 1500<br>1349 West Peachtree Street, N.W.<br>Atlanta, GA 30309<br><br>Dated: April 15, 2013 | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>Katharine C. Lester (#5629)<br>Richards, Layton & Finger<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>(302) 651-7509<br>cottrell@rlf.com<br>lester@rlf.com<br><br>*Attorneys for Plaintiffs and Counter-Defendants Mallinckrodt LLC, Mallinckrodt Inc. and Nuvo Research Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2013, I caused to be filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to counsel of record, and have caused copies of the foregoing to be served on the counsel below in the manner indicated:

**VIA ELECTRONIC MAIL**
Richard L. Horwitz
David E. Moore
Bindu A. Palpura
Hercules Plaza 6th Floor
1313 N. Market Street
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

**VIA ELECTRONIC MAIL**
William R. Zimmerman
Jonathan E. Bachand
Andrea L. Cheek
Knobbe, Martens, Olson & Bear, LLP
1717 Pennsylvania Ave., Suite 900
Washington, DC 20006
(202) 640-6400
bill.zimmerman@knobbe.com
jonathan.bachand@knobbe.com
andrea.cheek@knobbe.com

Joseph Reisman
Peter Law
Knobbe, Martens, Olson & Bear, LLP
12790 El Camino Real
San Diego, CA 92104
(858) 707-4000
joseph.reisman@knobbe.com
peter.law@knobbe.com

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)