**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MALLINCKRODT LLC, MALLINCKRODT INC. and NUVO RESEARCH INC., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>LUPIN LTD., and <br>LUPIN PHARMACEUTICALS, INC., <br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 12-1087-RGA-MPT<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Katharine C. Lester of Richards, Layton & Finger, P.A. hereby enters her appearance on behalf of Plaintiffs and Counter-Defendants Mallinckrodt LLC, Mallinckrodt Inc. and Nuvo Research Inc.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Katharine C. Lester
　　　　　　　　　　　　　　　　　　　　　　　Frederick L. Cottrell, III (#2555)
　　　　　　　　　　　　　　　　　　　　　　　Katharine C. Lester (#5629)
　　　　　　　　　　　　　　　　　　　　　　　Richards, Layton & Finger
　　　　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　　　　920 North King Street
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　(302) 651-7509
　　　　　　　　　　　　　　　　　　　　　　　cottrell@rlf.com
　　　　　　　　　　　　　　　　　　　　　　　lester@rlf.com

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs and Counter-Defendants Mallinckrodt LLC, Mallinckrodt Inc. and Nuvo Research Inc.*

Dated: April 24, 2013

RLF1 8523721v.1