IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MALLINCKRODT LLC, MALLINCKRODT INC. and NUVO RESEARCH INC., <br><br> Plaintiffs, <br><br> v. <br><br> LUPIN LTD., and LUPIN PHARMACEUTICALS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 12-1087-RGA-MPT |

## STIPULATION & ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Mallinckrodt LLC, Mallinckrodt Inc. and Nuvo Research Inc. and Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc., that the deadline for the parties to submit a proposed Scheduling Order to the Court shall be extended to Tuesday, April 30, 2013.

| | |
|---|---|
| /s/ Jason J. Rawnsley | /s/ David E. Moore |
| Frederick L. Cottrell, III (#2555) | Richard L. Horwitz (#2246) |
| Jason J. Rawnsley (#5379) | David E. Moore (#3983) |
| Katharine C. Lester (#5629) | Bindu A. Palapura (#5370) |
| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
| 920 North King Street | Hercules Plaza 6th Floor |
| Wilmington, Delaware 19801 | 1313 N. Market Street |
| (302) 651-7700 | Wilmington, DE 19899 |
| cottrell@rlf.com | (302) 984-6000 |
| rawnsley@rlf.com | rhorwitz@potteranderson.com |
| lester@rlf.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Attorneys for Plaintiffs Mallinckrodt LLC, Mallinckrodt Inc. and Nuvo Research Inc.* | *Attorneys for Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc.* |

Dated: April 29, 2013

IT IS SO ORDERED this ___ day of _____, 2013

_____
UNITED STATES MAGISTRATE JUDGE

RLF1 8541886v.1